**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SHELIA SHUMPERT**                                                                                 **PLAINTIFF**

**V.**                                                                   **CAUSE NO.: 1:06CV327-SA-JAD**

**JIM JOHNSON, in his official**
**capacity as Sheriff of Lee County, Mississippi**                       **DEFENDANT**

## <u>ORDER</u>

Pursuant to an opinion published this day, the court hereby orders:

1. The Defendant's motion for judgment as a matter of law or a new trial [100] is **DENIED**;

2. The Defendant's motion to suspend briefing on the issues of front pay and reinstatement, pending the resolution of his motion for judgment as a matter of law or a new trial [102] is **DENIED AS MOOT**;

3. The Defendant's response to the Plaintiff's pending motion for front pay in lieu of reinstatement [98, 105] shall be filed within ten (10) days of the entry of this order, and the Plaintiff's reply shall be filed within five (5) days after filing of the Defendant's response.

So **ORDERED**, this the 20th day of April, 2009.

                                                                       **/s/ Sharion Aycock**
                                                                       **U.S. DISTRICT COURT JUDGE**